# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KIMBERLY JO MOSBY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SALT LAKE CITY POLICE DEPARTMENT and STATE OF UTAH,**<br><br>**Defendants.** | **ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION**<br><br>**Case No. 2:25-CV-621-DAK-DBP**<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Dustin B. Pead** |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred the case to United States Magistrate Judge Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B).  On August 18, 2025, Magistrate Judge Pead issued a Report and Recommendation [ECF No. 6], recommending that the court: (1) dismiss the claims against Defendant Salt Lake City Police Department with prejudice, (2) dismiss the claims against Defendant State of Utah without prejudice and allow Plaintiff to file an Amended Complaint against the State of Utah within twenty-one days of the date of this Order, (3) temporarily grant Plaintiff's Motion to Proceed *in forma pauperis*; and (4) deny Plaintiff's Motion for Temporary Restraining Order.

The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation must be filed within fourteen days of receiving it.  As of the date of this Order, Plaintiff has not filed an Objection to the Report and Recommendation, and the time for doing so has passed.

A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the Report and Recommendation and the record *de novo* and agrees with Magistrate Judge Pead's analysis and recommendations in their entirety. Therefore, the court adopts and affirms Magistrate Judge Pead's Report and Recommendation as the Order of the court. Accordingly, the court dismisses the claims against Defendant Salt Lake City Police Department, and grants Plaintiff twenty-one (21) days form the date of this Order to file an Amended Complaint addressing the deficiencies identified in the Report and Recommendation with respect to her claims against Defendant State of Utah. Failure to file an Amended Complaint will result in dismissal of this action. The court also temporarily grants Plaintiff's Motion to Proceed *in forma pauperis* [ECF No. 2] and denies Plaintiff's Motion for Temporary Restraining Order [ECF No. 3].

DATED this 8th day of September 2025.

BY THE COURT:

DALE A. KIMBALL
United States District Judge