IN THE UNITED STATE DISTRICT COURT

STATE OF UTAH

| | |
|---|---|
| **KIMBERLY JO MOSBY,**<br><br>                    Plaintiff,<br><br>    vs.<br><br>**STATE OF UTAH,**<br><br>                    Defendant. | **REPORT & RECOMMENDATION**<br><br>Case No.  2:25-cv-00621<br><br>District Court Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

The case is before the undersigned pursuant to a 28 U.S.C. § 636(b)(1)(B) referral from District Court Judge Dale A. Kimball. (ECF No. 4, Order Referring Case).

On September 8, 2024, the District Court issued an order, affirming the Magistrate Judge's Report and Recommendations and allowing Plaintiff Kimberly Jo Mosby ("Plaintiff") to file an amended complaint no later than September 29, 2025. (ECF No. 6, Report and Recommendation; ECF No. 7, Order Affirming Report and Recommendation). That date has passed and Plaintiff has not filed a motion seeking an extension of time or an amended complaint. As a result, the court RECOMMENDS dismissal of Plaintiff's action.

## STANDARD OF REVIEW

Pursuant to Federal Rule of Civil Procedure 41(b), "[if] the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." "Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts [as here] to dismiss actions *sua*

*sponte* for a plaintiff's failure to . . . comply with the rules of civil procedure or court's orders. *Olsen v. Mapes,* 333 F.3d 1199, 1205 n.3 (10th Cir. 2003); *see also Nasious v. Two Unknown B.I.C.E. Agents,* 492 F.3d 1158, 1161 (10th Cir. 2007) (*citing Petty v. Manpower Inc.,* 591 F.2d 615, 617 (10th Cir. 1979) ("a district court may, without abusing its discretion, enter such an order without attention to any particular procedures").

## RECOMMENDATION

Plaintiff failed to comply with the District Court's Order requiring her to file an amended complaint no later than September 29, 2025. Federal Rule 41(b) allows for dismissal of an action based on a plaintiff's failure to comply with court orders. Fed. R. Civ. P. 41(b). Further, in failing to file an amended complaint, Plaintiff has not cured the defects of her original pleading as identified in the Magistrate's August 18, 2025 Report and Recommendation. (ECF No. 6 at 7, dismissing complaint for "failure to satisfy Rule 8's requirements and failure to state a plausible claim for relief."). Accordingly, for these reasons, the Court RECOMMENDS that Plaintiff's case be dismissed without prejudice.

Consistent therewith, the Clerk's Office is directed to send copies of this Report and Recommendation to all parties who are hereby notified of their right to object. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The parties must file any objection to this Report and Recommendation within fourteen (14) days of service. Failure to object may constitution waiver of the objections upon subsequent review.

DATED this 3rd day of October, 2025.

BY THE COURT

_____
DUSTIN B. PEAD
Magistrate Judge
United States District Court